Entered on Docket
August 27, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 26, 2009

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RFMSII 2006HSA5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>GORDON ROMELL CARTER AND JANICE CARTER,<br><br>Debtor(s). | Case No. 08-46487-RJN<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number 26, is hereby approved and made an order of the court.

**END OF ORDER**

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Gordon Romell Carter
Janice Carter
2909 Plumleigh Avenue
Antioch, CA 94509

**DEBTOR(S) ATTORNEY**

Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004